UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,  NO. CIV. S-10-2019 FCD GGH

      Plaintiff,

v.  <u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

LACK FAMILY INVESTMENTS, LP.,

      Defendant.

----oo0oo----

Plaintiff filed this action on July 29, 2010. On October 4, 2010 defendant filed an answer to the complaint. Pursuant to the Order Requiring a Joint Status Report filed July 29, 2010, the parties were to have filed a <u>joint</u> status report within sixty (60) days of service of the complaint on all parties, or from the date of removal. On November 23, 2010 the court received an Individual Status Report from Plaintiff, Scott N. Johnson.

///

1

1 Pursuant to the representation of plaintiff in the status
2 report, the court makes the following orders:
3     1.  Defendant's counsel, Gordon Egan, is ordered to show
4 cause why he should not be sanctioned in the amount of $150.00
5 for his failure to submit a joint status report in accordance
6 with the Court's order filed July 29, 2010.
7     2.  Defendant's counsel shall file a response to the order
8 to show cause on or before December 30, 2010.
9     3.  A hearing on this order to show cause is set for
10 Friday, January 14, 2011, at 10:00 a.m.
11     IT IS SO ORDERED.
12 DATED: December 1, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE