GORDON W. EGAN (SBN 111470)
SIGNATURE LAW GROUP LLP
3400 Bradshaw Road, Suite A4-A
Sacramento, CA  95827
Telephone:  (916) 362-2660
Fax:  (916) 880-5255
gegan@signaturelawgroup.com

Attorney for Defendant
LACK FAMILY INVESTMENTS, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>LACK FAMILY INVESTMENTS, LP,<br><br>Defendants. | Case No.  2:10-CV-02019-KJM-GGH<br><br>**STIPULATION FOR CONTINUANCE OF VDRP DEADLINE AND ORDER GRANTING STIPULATION IN PART** |

     Defendant, Lack Family Investments, LP, and Plaintiff, Scott M. Johnson, hereby stipulate to an extension of time in which to continue the deadline for VDRP to September 30, 2011.  Defendant, Anita Lack, principle of Lack Family Investments, LP will be out of the county for the month of July, 2011 the current deadline for completing VDRP.  A continuance to September 30, 2011 for the VDRP will give the parties ample time to complete the VDRP. No other changes in the current pretrial scheduling are required.

**Defendant Lack Family Investments, LP, Stipulation for Continuance of VDRP**

Dated: June 28, 2011         /s/Gordon W. Egan

             Gordon Egan,

             Attorney for Defendants


Dated: June 28, 2011         /s/Scott N. Johnson

             Scott N. Johnson,

             Attorney for Plaintiff

**ORDER**

  IT IS HEREBY ORDERED THAT the parties shall have the deadline for VDRP continued to August 31, 2011

Dated: June 29, 2011.

             _____
             UNITED STATES DISTRICT JUDGE